Ann M. Cerney, SBN:    068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARIM UY,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>            Defendant. | No. 1:13-cv-01210-BAM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of March 26, 2014, by thirty days, to the new response date of April 25, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

///

1

| | |
|---|---|
| DATED: March 19, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| */s/ Ann M. Cerney*<br>ANN M. CERNEY,<br>Attorney for Plaintiff | */s/ Jeffrey T. Chen*<br>JEFFREY T. CHEN,<br>(As authorized via E-mail on 03/19/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, up to and including April 25, 2014, in which to file Opening Brief. All other deadlines set forth in the August 2, 2013 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated: **March 20, 2014**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE