BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SARIM UY, | No. 1:13-cv-01210-BAM |
|     Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
|     v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a very heavy workload despite due diligence, including an upcoming oral argument at the Ninth Circuit in Pasadena on June 5, 2014.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, June 26, 2014.

Respectfully submitted,

Date: *May 27, 2014*   CERNEY KREUZE & LOTT, LLC

By:   */s/ Shellie Lott\**
SHELLIE LOTT
*\* By email authorization on May 27, 2014*
Attorney for Plaintiff

Date: *May 27, 2014*   BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including June 30, 2014, in which to file its Cross Motion for Summary Judgment. All other deadlines set forth in the August 2, 2013 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 28, 2014**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2